UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BRUCE DEL TURCO, VINCENT DELAZZERO, THOMAS LANE and JAMES BARTALONE, as Trustees and Fiduciaries of the TILE LAYERS LOCAL UNION 52 PENSION, INSURANCE AND WELFARE, AND ANNUITY FUNDS, CHARLES HILL, EDWARD GAHN, SCOTT ERATH and VINCENT ANASTASI, as Trustees and Fiduciaries of the TILE HELPERS LOCAL 88 WELFARE, ANNUITY AND VACATION FUNDS, JOHN J. FLYNN, LOUIS WEIR, DOMINIC SPANO, KENNETH LAMBERT, FRANK STUPAR, JAMES BOLAND, GERALD O'MALLEY, JOSEPH BRAMLETT, GEORGE HARBISON, PAUL SONGER, CHARLES VELARDO, EUGENE GEORGE, MATTHEW AQUILINE, DAN SCHIFFER, JOSEPH SPERANZA, JR. and VINCENT DELAZZERO as Trustees and Fiduciaries of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION, HEALTH AND ANNUITY FUNDS and CHARLES HILL, as President of TILE, MARBLE & TERRAZZO LOCAL NO. 7 OF N.Y. & N.J., BAC,

        Plaintiffs,

-against-

TAYLOR TILE CO., INC. and NICHOLAS SORICE,

        Defendants.

------------------------------------------------------------X

*9/4/07*

*No objections filed. Adopted without modification. Clerk to enter judgment.*

*s/ Judge Raymond J. Dearie*

**REPORT AND RECOMMENDATION**
03-CV-5543 (RJD) (JMA)

APPEARANCES:

Charles R. Virginia, Esq.
Barnes, Iaccarino, Virginia, Aminder & Shepherd, PLLC
Trinity Centre
111 Broadway
14th Floor - Suite 1403
New York, NY 10006
*Attorneys for Plaintiffs*

1